IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD G. WOLFF, JR. and KARRI E. WOLFF,

    Plaintiffs,

v.

ADMINISTRATOR TINA RENEE VIRGIL, in her official capacity, and SPECIAL AGENT JAY YERGES, in his personal and official capacity,

    Defendants.

ORDER

22-cv-177-wmc

---

Today, the court held a hearing on plaintiffs Ronald G. Wolff, Jr., and Karri E. Wolff's motion for preliminary injunction at which the parties appeared by counsel and the Wolffs also appeared personally. As discussed during the hearing, the court set the following schedule for supplemental briefing and submissions:

1) By Tuesday, May 31, 2022, plaintiffs should file the list of documents or other items that are most crucial for defendants to return.

2) By Wednesday, June 1, 2022, defendants should respond why they cannot return the documents or items (or copies of those documents or items) plaintiffs have designated as most crucial for return.

3) By June 6, 2022, defendants should provide support for: (1) the proposition that explicit or implicit misrepresentations about residency for purposes of securing or holding a public office constitutes a violation of Wis. Stat. § 946.12(3), or otherwise is subject to criminal sanction; (2) what portions of the affidavit submitted in support of the warrant cannot be provided to plaintiffs' counsel for attorney's eyes only review; and (3) why defendants cannot return or provide copies of all seized documents and other items.

4) On or before June 6, 2022, plaintiffs may file a reply in support of their motion for preliminary injunction.

Entered this 27th day of May, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge