## Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WISCONSIN
 2   _____

 3   RONALD G. WOLFF, JR., and
     KARRI E. WOLFF,
 4
            Plaintiffs,
 5                                  Case No. 22-cv-177-wmc
     vs.
 6
     ADMINISTRATOR TINA RENEE VIRGIL,
 7   in her official capacity, and
     SPECIAL AGENT JAY YERGES, in his
 8   personal and official capacity,

 9          Defendants.

10   _____

11          DEPOSITION OF DOREEN DUCHARME
     _____
12
13
14         Deposition of DOREEN DUCHARME, taken
15   before me via videoconference, on the 30th day of
16   June, 2023, A.D., otherwise than as a witness on
17   the trial, in a certain action now pending in
18   United States District Court for the Western
19   District of Wisconsin, wherein the parties
20   thereto are as set forth above.

21

22                        - - - - - -

23

24

25            Jessica Koepsell, RPR, CRR
                                                    1
```

## Page 2

```
 1                      APPEARANCES

 2         APEX ACCIDENT ATTORNEYS, LLC, of
     Oshkosh, Wisconsin; MR. GEORGE W. CURTIS of
 3   that firm appeared via videoconference on
     behalf of the Plaintiffs.
 4
           EMINENT DOMAIN SERVICES, LLC, of
 5   Madison, Wisconsin; MR. ERIK OLSEN of that
     firm appeared via videoconference on behalf
 6   of the Plaintiffs.

 7         STATE OF WISCONSIN, DEPARTMENT OF
     JUSTICE, of Madison, Wisconsin;
 8   MS. GESINA S. CARSON of that firm appeared
     via videoconference on behalf of the
 9   Defendants.

10         STATE OF WISCONSIN, DEPARTMENT OF
     JUSTICE, of Madison, Wisconsin;
11   MS. KATHERINE POLICH of that firm appeared
     via videoconference on behalf of Doreen
12   DuCharme.

13         JAY YERGES was also present via
     videoconference.
14
15                   - - - - - - -
16
17              INDEX TO EXHIBITS
18   EXHIBIT NUMBER                      PAGE MARKED

19

20              (None Marked.)

21
                     - - - - - - -
22
23
24
25
                                                    2
```

## Page 3

```
 1           Said DOREEN DUCHARME, having been
 2   first duly sworn by me to testify the truth,
 3   the whole truth, and nothing but the truth
 4   relative to said cause, in answer to oral
 5   interrogatories, deposed and made answer as
 6   follows:
 7                      - - - - - - -
 8           (The examination began at 3:31 p.m.
 9   on June 30, 2023.)
10                      - - - - - - -
11                      EXAMINATION
12   BY MR. CURTIS:
13   Q    May we have your name for the record?
14   A    Doreen DuCharme, D-O-R-E-E-N  D-U-, upper
15        case, C-H-A-R-M-E.
16   Q    By whom are you employed?
17   A    Currently?
18   Q    Yes.
19   A    I am retired from the DCI as a digital
20        forensic examiner.  Is it relevant where I'm
21        working now?
22   Q    No, not really.
23   A    Okay.  I would rather not say.
24   Q    We'll respect your privacy, I think.
25   A    Thank you.
                                                    3
```

## Page 4

```
 1   Q    Tell me about your employment over the last
 2        20 years.
 3   A    The last 20 years, well, 20 years ago I was
 4        a Milwaukee police officer.  Actually, I was
 5        a detective then working in the high
 6        technology unit at some point in my career.
 7        So I did computer crimes investigations and
 8        digital forensics, retired from there,
 9        worked for five years at the DCI, at the
10        Wisconsin Department of Justice, as a
11        digital forensic examiner, retired in June
12        2022.  I've been retired for a year.
13   Q    You always get a raise when you retire?
14   A    Maybe, not really.
15   Q    How much formal education have you had?
16   A    I have a Master of Science in information
17        technology.
18   Q    I'm going to ask you a few questions, and
19        we're well aware of the fact it's Friday
20        afternoon before a holiday.
21   A    Yes.
22   Q    The questions involve search warrants
23        executed on properties belonging to
24        Ron Wolff and his wife on March 22nd of '22.
25        How were you involved in that process?
                                                    4
```

Doreen DuCharme

**Page 5**

1  A   I -- in my capacity as a digital forensic
2      examiner, I was involved only in the
3      forensic preview that took place on that
4      date.
5  Q   Describe the forensic review.
6          MR. OLSEN:  Preview.
7          THE WITNESS:  Preview.
8          MR. CURTIS:  Oh, preview, excuse me.
9          THE WITNESS:  I was assigned to go to
10     a residence and conduct a forensic preview
11     on items, digital items.  So in that
12     capacity, I conducted the forensic preview
13     on two items, two laptops.
14 BY MR. CURTIS:
15 Q   Do you know the location of where you went?
16 A   I don't know the address.
17 Q   Was it in the Town of Grand Chute?
18 A   Yes.
19 Q   Outagamie County?
20 A   I believe so.  I believe so, yes.
21 Q   Was it a business or a residence?
22 A   A residence.
23 Q   What kind of items did you examine?
24 A   Hard drives, solid state drives from laptops.
25 Q   What was the --

**Page 6**

1  A   And it wasn't an examination.  It was just a
2      forensic preview.
3  Q   Just tell me what that means.
4  A   It's a triage.  It's really just a triage.
5  Q   What are you looking for?
6  A   Items of possible evidentiary value.
7  Q   What did you learn?
8  A   What did I learn?
9  Q   Yes.  Did you discover anything with this
10     process that you went through?
11 A   I did not export any items to a report, any
12     digital items to a report.  So the previewed
13     items were turned over later for a full
14     forensic examination.
15 Q   What specific evidence were you looking for
16     at the Wolff premises on that day?
17 A   I don't remember exactly.  I know it was
18     business-related.
19 Q   And where was the location that you made
20     this search?
21 A   At a residence.  I believe it was the --
22     Mr. Wolff's residence.
23 Q   In Outagamie County?
24 A   I don't know exactly what county it was.  I
25     worked in Milwaukee County, and I'm very

**Page 7**

1      familiar with Milwaukee County.  Wherever
2      the residence was is where I was.
3  Q   All right.  Were there other officers with
4      you there where you made your search?
5  A   Agents?
6  Q   Yes.
7  A   Yes.  But I don't remember who was at the
8      residence with me.
9  Q   Well, were you at a briefing that morning
10     before the 20 or more agents went out to
11     search different properties that my clients
12     were --
13 A   Yes.
14 Q   -- related to?  So you heard the briefing?
15 A   Yes.
16 Q   Were you given anything in writing during
17     that briefing?
18 A   I believe I was given an ops plan, but I
19     don't know for certain.  I don't remember if
20     I looked over somebody's shoulder, if there
21     were enough to share.  I don't know.  I
22     don't remember.  But . . .
23 Q   Did you receive a search warrant?
24 A   I'm sorry.  I don't remember.  I just don't
25     remember if I received a search warrant.

**Page 8**

1  Q   So you went to the Wolff residence with
2      understanding as to what you were expected
3      to do?
4  A   Yes.
5  Q   Was anyone in your presence when you went to
6      the Wolff residence?
7  A   I was a civilian, so yes, yes.  There were
8      agents that were with us at the residence.
9  Q   All right.  Did you go there alone or with
10     somebody in a vehicle?
11 A   I believe that I rode with another examiner
12     from the Milwaukee office, my coworker at
13     the time, Jason Ruff.  I believe we were in
14     the same vehicle, or we may have been in a
15     different vehicle.  But we were together.
16 Q   And when you got there, what did you do?
17 A   I forensically triaged two of the drives
18     contained within two separate laptops.
19 Q   Did you do that at the location in Outagamie
20     County, the residence itself, or did you do
21     it --
22 A   At the residence, yes.
23 Q   Okay.  Fine.  And on March 22, '22 -- I
24     represent that's the date -- what did you
25     understand to be the crime that you were

**Page 9**

```
 1      searching for evidence about?
 2  A   I believe it was misconduct in public
 3      office.
 4  Q   Who would have given you that information?
 5  A   The agent in charge.
 6  Q   And that would have been at the meeting
 7      before the group of agents went out with
 8      various search warrants?
 9  A   Yes.
10  Q   So you would have gotten that information at
11      the meeting, not at the scene of the search?
12  A   No, prior to the search.  Prior to going to
13      the scene of the search.  That morning, yes.
14  Q   From the preparation meeting, what was your
15      understanding of Mr. Wolff's alleged
16      misconduct in public office that you were
17      looking for evidence of?
18  A   I didn't know the big picture.  I only knew
19      that I was searching for business-related --
20      triaging for business-related documents or
21      items.  And my search was stopped prior to
22      me finishing.  We left the residence prior
23      to -- during the triage.  So I did not
24      create any evidence, disks, or export items
25      for a report.
```

**Page 10**

```
 1  Q   Explain that to me.  How was it stopped?
 2  A   We were told that we were to finish up.  I
 3      can't remember.  I don't recall who told me
 4      that, but at some point during the forensic
 5      triage, somebody -- one of the agents
 6      announced that we were finishing up.
 7  Q   Did you physically take possession of any
 8      evidence?
 9  A   No, I didn't.  I was a civilian analyst.  So
10      whomever was at the scene, if there was
11      anything recovered, would have conveyed it.
12  Q   Did you see anyone else take possession of
13      the items that you examined on that visit?
14  A   I was -- no.
15  Q   Did you file a report?
16  A   Yes.
17  Q   Just one?
18  A   Yes.
19  Q   That day?
20  A   I don't know when I filed it, if it was that
21      day or a following day.
22  Q   I'm obviously not very techie.  But am I
23      correct in my impression that you found no
24      relevant evidence in the items that you
25      examined?
```

**Page 11**

```
 1  A   Correct.
 2  Q   So you have no evidence that you can testify
 3      today about any of the contents of those two
 4      items that you examined?
 5  A   Correct.
 6  Q   They contained nothing of value?
 7  A   I don't know if they contained anything of
 8      value.  I can tell you that I triaged the
 9      items.  And during the forensic preview, the
10      triage, I did not create an evidentiary -- a
11      piece of evidentiary media to be filed as a
12      report.  I simply wrote a summary report.
13  Q   What does this triage mean?
14  A   It's a forensic preview.  It's simply
15      looking through the contents of a hard drive
16      or an SSD, a solid state drive, for items
17      possibly of evidentiary value.
18  Q   But if I'm following you, you found nothing
19      of evidentiary value in your examination
20      that day?
21          MS. POLICH:  Objection.  Asked and
22      answered.
23          MR. CURTIS:  You may answer the
24      question.
25          THE WITNESS:  I did not export
```

**Page 12**

```
 1      anything that -- I did not export anything
 2      to evidence media for a report because I did
 3      not find anything of potential evidentiary
 4      value doing my quick triage of those items.
 5      It was a very brief triage of contents of a
 6      hard drive or SSD.
 7  BY MR. CURTIS:
 8  Q   Did you do anything further on that case
 9      other than that brief visit to my clients'
10      residence?
11  A   No.
12  Q   Have you done anything since that date with
13      regard to this case?
14  A   No.
15  Q   Have you been in communication with any of
16      the other officers or agents involved in
17      this case?
18  A   No.  Well, do you mean -- I have not been in
19      contact with anyone since -- on this case
20      for this case at all.  But I have contacted
21      my former coworker for reports on another
22      case since I retired in June 2022.  So what
23      you're asking is very broad, but, no, not in
24      relation to this case.
25          MR. CURTIS:  Are we good to go?
```

**Page 13**

1  MR. OLSEN: I just had one other
2  question.
3  BY MR. CURTIS:
4  Q  Do you recall who spoke at the preoperation
5     briefing on 3/22/22?
6  A  I'm sorry. I don't. I do not recall.
7  Q  But you were there?
8  A  Yes.
9  Q  And were you given any written instructions
10    when you left there?
11 A  Written instructions?
12 Q  Yes.
13 A  I don't believe so.
14 Q  Do you recall who spoke at this preoperation
15    meeting?
16    MS. POLICH: Objection. Asked and
17    answered.
18    MR. OLSEN: One second.
19 BY MR. CURTIS:
20 Q  Do you recall what was said at that
21    preoperation meeting?
22 A  I'm sorry. I don't. I do not. It was some
23    time ago. It was quite a long time ago, and
24    I've been retired a year. I'm sorry. I
25    don't.

**Page 14**

1  MR. CURTIS: Enjoy your weekend.
2  Thank you very much.
3  THE WITNESS: You as well. Thank
4  you.
5  MS. POLICH: Thank you.
6  THE REPORTER: I just have a couple
7  ordering questions. Ms. Polich, what would
8  you like for an order?
9  MS. POLICH: No. I don't need a copy
10 of the transcript.
11 THE REPORTER: Okay. Thank you.
12 (Discussion off the record.)
13 THE REPORTER: And, Mr. Curtis, what
14 would you like for an order?
15 MR. OLSEN: We would like to order
16 all the transcripts, and you can bill them
17 to us.
18 THE REPORTER: Thank you.
19 MS. CARSON: And I'll just have
20 condensed. Condensed only.
21 THE REPORTER: Did you want that
22 e-mailed or hard copy?
23 MS. CARSON: Just electronic e-mail.
24 MR. OLSEN: Yeah, we would like it
25 e-mailed, and then you can mail us the

**Page 15**

1  originals.
2     THE REPORTER: Okay. We'll mail that
3  to Mr. Curtis -- or e-mail that to Mr. Curtis
4  then; is that --
5     MR. OLSEN: Please e-mail a copy to
6  Mr. Curtis.
7     (Matter concluded at 3:49 p.m.)

**Page 16**

1  STATE OF WISCONSIN   )
                        ) ss.
2  COUNTY OF WASHINGTON )
3
4     I, Jessica Koepsell, Certified Realtime
5  Reporter and Notary Public in and for the
6  State of Wisconsin, do hereby certify that
7  the attached and foregoing deposition was
8  taken via videoconference, on the 30th day
9  of June, 2023, A.D., at 3:31 p.m.; that it
10 was taken at the request of the adverse
11 parties, upon oral interrogatories; that
12 said DOREEN DUCHARME was sworn by me to tell
13 the truth, the whole truth, and nothing but
14 the truth relative to said cause.
15    Dated this 11th day of July, 2023.
16
17    HENES & ASSOCIATES
      COURT REPORTING SERVICE
18
19
      _____
20    Jessica Koepsell
      Registered Professional Reporter
21    Certified Realtime Reporter
22
      My commission expires January 24, 2024.
23
24
25

Doreen DuCharme

| | | | | |
|---|---|---|---|---|
| **'** | 2:2 | 11:15, 12:5 | **documents** [1] - 9:20 | **explain** [1] - 10:1 |
| **'22** [2] - 4:24, 8:23 | **aware** [1] - 4:19 | **conveyed** [1] - 10:11 | **DOMAIN** [1] - 2:4 | **export** [4] - 6:11, 9:24, 11:25, 12:1 |
| **1** | **B** | **copy** [3] - 14:9, 14:22, 15:5 | **done** [1] - 12:12 | **F** |
| **11th** [1] - 16:15 | **began** [1] - 3:8 | **correct** [3] - 10:23, 11:1, 11:5 | **DOREEN** [5] - 1:11, 1:14, 3:1, 3:14, 16:12 | **fact** [1] - 4:19 |
| **2** | **behalf** [4] - 2:3, 2:5, 2:8, 2:11 | **County** [5] - 5:19, 6:23, 6:25, 7:1, 8:20 | **Doreen** [2] - 2:12, 3:14 | **familiar** [1] - 7:1 |
| **20** [4] - 4:2, 4:3, 7:10 | **belonging** [1] - 4:23 | **COUNTY** [1] - 16:2 | **drive** [3] - 11:15, 11:16, 12:6 | **few** [1] - 4:18 |
| **2022** [2] - 4:12, 12:22 | **big** [1] - 9:18 | **county** [1] - 6:24 | **drives** [3] - 5:24, 8:17 | **file** [1] - 10:15 |
| **2023** [4] - 1:16, 3:9, 16:9, 16:15 | **bill** [1] - 14:16 | **couple** [1] - 14:6 | **DU** [1] - 3:14 | **filed** [2] - 10:20, 11:11 |
| **2024** [1] - 16:22 | **brief** [2] - 12:5, 12:9 | **COURT** [2] - 1:1, 16:17 | **DUCHARME** [4] - 1:11, 1:14, 3:1, 16:12 | **fine** [1] - 8:23 |
| **22** [1] - 8:23 | **briefing** [4] - 7:9, 7:14, 7:17, 13:5 | **Court** [1] - 1:18 | **DuCharme** [2] - 2:12, 3:14 | **finish** [1] - 10:2 |
| **22-cv-177-wmc** [1] - 1:5 | **broad** [1] - 12:23 | **coworker** [2] - 8:12, 12:21 | **duly** [1] - 3:2 | **finishing** [2] - 9:22, 10:6 |
| **22nd** [1] - 4:24 | **business** [4] - 5:21, 6:18, 9:19, 9:20 | **create** [2] - 9:24, 11:10 | **during** [4] - 7:16, 9:23, 10:4, 11:9 | **firm** [4] - 2:3, 2:5, 2:8, 2:11 |
| **24** [1] - 16:22 | **business-related** [3] - 6:18, 9:19, 9:20 | **crime** [1] - 8:25 | | **first** [1] - 3:2 |
| **3** | **BY** [5] - 3:12, 5:14, 12:7, 13:3, 13:19 | **crimes** [1] - 4:7 | **E** | **five** [1] - 4:9 |
| **3/22/22** [1] - 13:5 | | **CRR** [1] - 1:25 | **e-mail** [3] - 14:23, 15:3, 15:5 | **following** [2] - 10:21, 11:18 |
| **30** [1] - 3:9 | **C** | **CURTIS** [10] - 2:2, 3:12, 5:8, 5:14, 11:23, 12:7, 12:25, 13:3, 13:19, 14:1 | **e-mailed** [2] - 14:22, 14:25 | **follows** [1] - 3:6 |
| **30th** [2] - 1:15, 16:8 | **C-H-A-R-M-E** [1] - 3:15 | **Curtis** [4] - 14:13, 15:3, 15:6 | **education** [1] - 4:15 | **FOR** [1] - 1:1 |
| **3:31** [2] - 3:8, 16:9 | **capacity** [4] - 1:7, 1:8, 5:1, 5:12 | | **electronic** [1] - 14:23 | **foregoing** [1] - 16:7 |
| **3:49** [1] - 15:7 | **career** [1] - 4:6 | **D** | **EMINENT** [1] - 2:4 | **forensic** [12] - 3:20, 4:11, 5:1, 5:3, 5:5, 5:10, 5:12, 6:2, 6:14, 10:4, 11:9, 11:14 |
| **A** | **CARSON** [3] - 2:8, 14:19, 14:23 | **date** [3] - 5:4, 8:24, 12:12 | **employed** [1] - 3:16 | **forensically** [1] - 8:17 |
| **A.D** [2] - 1:16, 16:9 | **Case** [1] - 1:5 | **Dated** [1] - 16:15 | **employment** [1] - 4:1 | **forensics** [1] - 4:8 |
| **ACCIDENT** [1] - 2:2 | **case** [8] - 3:15, 12:8, 12:13, 12:17, 12:19, 12:20, 12:22, 12:24 | **DCI** [2] - 3:19, 4:9 | **enjoy** [1] - 14:1 | **formal** [1] - 4:15 |
| **action** [1] - 1:17 | **certain** [2] - 1:17, 7:19 | **Defendants** [2] - 1:9, 2:9 | **ERIK** [1] - 2:5 | **former** [1] - 12:21 |
| **address** [1] - 5:16 | **Certified** [2] - 16:4, 16:21 | **Department** [1] - 4:10 | **evidence** [8] - 6:15, 9:1, 9:17, 9:24, 10:8, 10:24, 11:2, 12:2 | **forth** [1] - 1:20 |
| **ADMINISTRATOR** [1] - 1:6 | **certify** [1] - 16:6 | **DEPARTMENT** [2] - 2:7, 2:10 | **evidentiary** [6] - 6:6, 11:10, 11:11, 11:17, 11:19, 12:3 | **Friday** [1] - 4:19 |
| **adverse** [1] - 16:10 | **charge** [1] - 9:5 | **deposed** [1] - 3:5 | **exactly** [2] - 6:17, 6:24 | **full** [1] - 6:13 |
| **afternoon** [1] - 4:20 | **Chute** [1] - 5:17 | **DEPOSITION** [1] - 1:11 | **examination** [4] - 3:8, 6:1, 6:14, 11:19 | **G** |
| **agent** [1] - 9:5 | **civilian** [2] - 8:7, 10:9 | **deposition** [2] - 1:14, 16:7 | **EXAMINATION** [1] - 3:11 | **GEORGE** [1] - 2:2 |
| **AGENT** [1] - 1:7 | **clients** [1] - 7:11 | **describe** [1] - 5:5 | **examine** [1] - 5:23 | **GESINA** [1] - 2:8 |
| **agents** [6] - 7:5, 7:10, 8:8, 9:7, 10:5, 12:16 | **clients'** [1] - 12:9 | **detective** [1] - 4:5 | **examined** [3] - 10:13, 10:25, 11:4 | **given** [4] - 7:16, 7:18, 9:4, 13:9 |
| **ago** [3] - 4:3, 13:23 | **commission** [1] - 16:22 | **different** [2] - 7:11, 8:15 | **examiner** [4] - 3:20, 4:11, 5:2, 8:11 | **Grand** [1] - 5:17 |
| **alleged** [1] - 9:15 | **communication** [1] - 12:15 | **digital** [6] - 3:19, 4:8, 4:11, 5:1, 5:11, 6:12 | **excuse** [1] - 5:8 | **group** [1] - 9:7 |
| **alone** [1] - 8:9 | **computer** [1] - 4:7 | **discover** [1] - 6:9 | **executed** [1] - 4:23 | **H** |
| **analyst** [1] - 10:9 | **concluded** [1] - 15:7 | **Discussion** [1] - 14:12 | **EXHIBIT** [1] - 2:18 | **hard** [4] - 5:24, 11:15, 12:6, 14:22 |
| **announced** [1] - 10:6 | **condensed** [2] - 14:20 | **disks** [1] - 9:24 | **EXHIBITS** [1] - 2:17 | **heard** [1] - 7:14 |
| **answer** [3] - 3:4, 3:5, 11:23 | **conduct** [1] - 5:10 | **DISTRICT** [2] - 1:1, 1:1 | **expected** [1] - 8:2 | **HENES** [1] - 16:17 |
| **answered** [2] - 11:22, 13:17 | **conducted** [1] - 5:12 | **District** [2] - 1:18, 1:19 | **expires** [1] - 16:22 | **hereby** [1] - 16:6 |
| **APEX** [1] - 2:2 | **contact** [1] - 12:19 | | | **high** [1] - 4:5 |
| **APPEARANCES** [1] - 2:1 | **contacted** [1] - 12:20 | | | **holiday** [1] - 4:20 |
| **appeared** [4] - 2:3, 2:5, 2:8, 2:11 | **contained** [3] - 8:18, 11:6, 11:7 | | | **I** |
| **assigned** [1] - 5:9 | **contents** [3] - 11:3, | | | **impression** [1] - 10:23 |
| **ASSOCIATES** [1] - 16:17 | | | | **IN** [1] - 1:1 |
| **attached** [1] - 16:7 | | | | **INDEX** [1] - 2:17 |
| **ATTORNEYS** [1] - | | | | **information** [3] - |

1

Doreen DuCharme

4:16, 9:4, 9:10
**instructions** [2] - 13:9, 13:11
**interrogatories** [2] - 3:5, 16:11
**investigations** [1] - 4:7
**involve** [1] - 4:22
**involved** [3] - 4:25, 5:2, 12:16
**items** [16] - 5:11, 5:13, 5:23, 6:6, 6:11, 6:12, 6:13, 9:21, 9:24, 10:13, 10:24, 11:4, 11:9, 11:16, 12:4
**itself** [1] - 8:20

### J

**January** [1] - 16:22
**Jason** [1] - 8:13
**JAY** [2] - 1:7, 2:13
**Jessica** [3] - 1:25, 16:4, 16:20
**JR** [1] - 1:3
**July** [1] - 16:15
**June** [5] - 1:16, 3:9, 4:11, 12:22, 16:9
**Justice** [1] - 4:10
**JUSTICE** [2] - 2:7, 2:10

### K

**KARRI** [1] - 1:3
**KATHERINE** [1] - 2:11
**kind** [1] - 5:23
**Koepsell** [3] - 1:25, 16:4, 16:20

### L

**laptops** [3] - 5:13, 5:24, 8:18
**last** [2] - 4:1, 4:3
**learn** [2] - 6:7, 6:8
**left** [2] - 9:22, 13:10
**LLC** [2] - 2:2, 2:4
**location** [3] - 5:15, 6:19, 8:19
**looked** [1] - 7:20
**looking** [4] - 6:5, 6:15, 9:17, 11:15

### M

**Madison** [3] - 2:5, 2:7, 2:10
**mail** [5] - 14:23, 14:25, 15:2, 15:3, 15:5
**mailed** [2] - 14:22, 14:25

**March** [2] - 4:24, 8:23
**MARKED** [1] - 2:18
**Marked** [1] - 2:20
**master** [1] - 4:16
**Matter** [1] - 15:7
**mean** [2] - 11:13, 12:18
**means** [1] - 6:3
**media** [2] - 11:11, 12:2
**meeting** [5] - 9:6, 9:11, 9:14, 13:15, 13:21
**Milwaukee** [4] - 4:4, 6:25, 7:1, 8:12
**misconduct** [2] - 9:2, 9:16
**morning** [2] - 7:9, 9:13
**MR** [17] - 2:2, 2:5, 3:12, 5:6, 5:8, 5:14, 11:23, 12:7, 12:25, 13:1, 13:3, 13:18, 13:19, 14:1, 14:15, 14:24, 15:5
**MS** [8] - 2:8, 2:11, 11:21, 13:16, 14:5, 14:9, 14:19, 14:23

### N

**name** [1] - 3:13
**need** [1] - 14:9
**None** [1] - 2:20
**Notary** [1] - 16:5
**nothing** [4] - 3:3, 11:6, 11:18, 16:13
**NUMBER** [1] - 2:18

### O

**objection** [2] - 11:21, 13:16
**obviously** [1] - 10:22
**OF** [8] - 1:1, 1:11, 2:7, 2:10, 16:1, 16:2
**office** [3] - 8:12, 9:3, 9:16
**officer** [1] - 4:4
**officers** [2] - 7:3, 12:16
**official** [2] - 1:7, 1:8
**OLSEN** [7] - 2:5, 5:6, 13:1, 13:18, 14:15, 14:24, 15:5
**one** [4] - 10:5, 10:17, 13:1, 13:18
**ops** [1] - 7:18
**oral** [2] - 3:4, 16:11

**order** [3] - 14:8, 14:14, 14:15
**ordering** [1] - 14:7
**originals** [1] - 15:1
**Oshkosh** [1] - 2:2
**otherwise** [1] - 1:16
**Outagamie** [3] - 5:19, 6:23, 8:19

### P

**p.m** [3] - 3:8, 15:7, 16:9
**PAGE** [1] - 2:18
**parties** [2] - 1:19, 16:11
**pending** [1] - 1:17
**personal** [1] - 1:8
**physically** [1] - 10:7
**picture** [1] - 9:18
**piece** [1] - 11:11
**place** [1] - 5:3
**Plaintiffs** [3] - 1:4, 2:3, 2:6
**plan** [1] - 7:18
**point** [2] - 4:6, 10:4
**police** [1] - 4:4
**Polich** [1] - 14:7
**POLICH** [5] - 2:11, 11:21, 13:16, 14:5, 14:9
**possession** [2] - 10:7, 10:12
**possible** [1] - 6:6
**possibly** [1] - 11:17
**potential** [1] - 12:3
**premises** [1] - 6:16
**preoperation** [3] - 13:4, 13:14, 13:21
**preparation** [1] - 9:14
**presence** [1] - 8:5
**present** [1] - 2:13
**preview** [9] - 5:3, 5:6, 5:7, 5:8, 5:10, 5:12, 6:2, 11:9, 11:14
**previewed** [1] - 6:12
**privacy** [1] - 3:24
**process** [2] - 4:25, 6:10
**Professional** [1] - 16:20
**properties** [2] - 4:23, 7:11
**Public** [1] - 16:5
**public** [2] - 9:2, 9:16

### Q

**questions** [3] - 4:18, 4:22, 14:7
**quick** [1] - 12:4

**quite** [1] - 13:23

### R

**raise** [1] - 4:13
**rather** [1] - 3:23
**really** [3] - 3:22, 4:14, 6:4
**Realtime** [2] - 16:4, 16:21
**receive** [1] - 7:23
**received** [1] - 7:25
**record** [2] - 3:13, 14:12
**recovered** [1] - 10:11
**regard** [1] - 12:13
**Registered** [1] - 16:20
**related** [4] - 6:18, 7:14, 9:19, 9:20
**relation** [1] - 12:24
**relative** [2] - 3:4, 16:14
**relevant** [2] - 3:20, 10:24
**remember** [7] - 6:17, 7:7, 7:19, 7:22, 7:24, 7:25, 10:3
**RENEE** [1] - 1:6
**report** [7] - 6:11, 6:12, 9:25, 10:15, 11:12, 12:2
**REPORTER** [6] - 14:6, 14:11, 14:13, 14:18, 14:21, 15:2
**Reporter** [3] - 16:5, 16:20, 16:21
**REPORTING** [1] - 16:17
**reports** [1] - 12:21
**represent** [1] - 8:24
**request** [1] - 16:10
**residence** [14] - 5:10, 5:21, 5:22, 6:21, 6:22, 7:2, 7:8, 8:1, 8:6, 8:8, 8:20, 8:22, 9:22, 12:10
**respect** [1] - 3:24
**retire** [1] - 4:13
**retired** [6] - 3:19, 4:8, 4:11, 4:12, 12:22, 13:24
**review** [1] - 5:5
**rode** [1] - 8:11
**Ron** [1] - 4:24
**RONALD** [1] - 1:3
**RPR** [1] - 1:25
**Ruff** [1] - 8:13

### S

**scene** [3] - 9:11, 9:13, 10:10
**science** [1] - 4:16
**search** [11] - 4:22, 6:20, 7:4, 7:11, 7:23, 7:25, 9:8, 9:11, 9:12, 9:13, 9:21
**searching** [2] - 9:1, 9:19
**second** [1] - 13:18
**see** [1] - 10:12
**separate** [1] - 8:18
**SERVICE** [1] - 16:17
**SERVICES** [1] - 2:4
**set** [1] - 1:20
**share** [1] - 7:21
**shoulder** [1] - 7:20
**simply** [2] - 11:12, 11:14
**solid** [2] - 5:24, 11:16
**sorry** [4] - 7:24, 13:6, 13:22, 13:24
**SPECIAL** [1] - 1:7
**specific** [1] - 6:15
**ss** [1] - 16:1
**SSD** [2] - 11:16, 12:6
**STATE** [3] - 2:7, 2:10, 16:1
**state** [2] - 5:24, 11:16
**State** [1] - 16:6
**STATES** [1] - 1:1
**States** [1] - 1:18
**stopped** [2] - 9:21, 10:1
**summary** [1] - 11:12
**sworn** [2] - 3:2, 16:12

### T

**techie** [1] - 10:22
**technology** [2] - 4:6, 4:17
**testify** [2] - 3:2, 11:2
**THE** [12] - 1:1, 1:1, 5:7, 5:9, 11:25, 14:3, 14:6, 14:11, 14:13, 14:18, 14:21, 15:2
**thereto** [1] - 1:20
**TINA** [1] - 1:6
**TO** [1] - 2:17
**today** [1] - 11:3
**together** [1] - 8:15
**took** [1] - 5:3
**Town** [1] - 5:17
**transcript** [1] -

*2*

HENES & ASSOCIATES REPORTING SERVICE, INC.
www.henesreporting.com    920-733-1835    henes@henesreporting.com
Page 2 to 2 of 3

14:10
**transcripts** [1] - 14:16
**triage** [8] - 6:4, 9:23, 10:5, 11:10, 11:13, 12:4, 12:5
**triaged** [2] - 8:17, 11:8
**triaging** [1] - 9:20
**trial** [1] - 1:17
**truth** [6] - 3:2, 3:3, 16:13, 16:14
**turned** [1] - 6:13
**two** [5] - 5:13, 8:17, 8:18, 11:3

# U

**unit** [1] - 4:6
**UNITED** [1] - 1:1
**United** [1] - 1:18
**up** [2] - 10:2, 10:6
**upper** [1] - 3:14

# V

**value** [6] - 6:6, 11:6, 11:8, 11:17, 11:19, 12:4
**various** [1] - 9:8
**vehicle** [3] - 8:10, 8:14, 8:15
**via** [7] - 1:15, 2:3, 2:5, 2:8, 2:11, 2:13, 16:8
**videoconference** [7] - 1:15, 2:3, 2:5, 2:8, 2:11, 2:13, 16:8
**VIRGIL** [1] - 1:6
**visit** [2] - 10:13, 12:9
**vs** [1] - 1:5

# W

**warrant** [2] - 7:23, 7:25
**warrants** [2] - 4:22, 9:8
**WASHINGTON** [1] - 16:2
**weekend** [1] - 14:1
**WESTERN** [1] - 1:1
**Western** [1] - 1:18
**wherein** [1] - 1:19
**whole** [2] - 3:3, 16:13
**wife** [1] - 4:24
**WISCONSIN** [4] - 1:1, 2:7, 2:10, 16:1
**Wisconsin** [7] - 1:19, 2:2, 2:5, 2:7, 2:10, 4:10, 16:6

**WITNESS** [4] - 5:7, 5:9, 11:25, 14:3
**witness** [1] - 1:16
**Wolff** [4] - 4:24, 6:16, 8:1, 8:6
**WOLFF** [2] - 1:3, 1:3
**Wolff's** [2] - 6:22, 9:15
**writing** [1] - 7:16
**written** [2] - 13:9, 13:11
**wrote** [1] - 11:12

# Y

**year** [2] - 4:12, 13:24
**years** [4] - 4:2, 4:3, 4:9
**YERGES** [2] - 1:7, 2:13