```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WISCONSIN
 2   _____

 3   RONALD G. WOLFF, JR., and
     KARRI E. WOLFF,
 4
             Plaintiffs,
 5                              Case No. 22-cv-177-wmc
     vs.
 6
     ADMINISTRATOR TINA RENEE VIRGIL,
 7   in her official capacity, and
     SPECIAL AGENT JAY YERGES, in his
 8   personal and official capacity,

 9           Defendants.

10   _____

11             DEPOSITION OF JASON RUFF
     _____
12
13
14       Deposition of JASON RUFF, taken before
15   me via videoconference, on the 30th day of June,
16   2023, A.D., otherwise than as a witness on the
17   trial, in a certain action now pending in United
18   States District Court for the Western District of
19   Wisconsin, wherein the parties thereto are as set
20   forth above.

21

22              - - - - - -

23

24

25       Jessica Koepsell, RPR, CRR
                                                    1
```

```
 1                APPEARANCES

 2       APEX ACCIDENT ATTORNEYS, LLC, of
     Oshkosh, Wisconsin; MR. GEORGE W. CURTIS of
 3   that firm appeared via videoconference on
     behalf of the Plaintiffs.
 4
         EMINENT DOMAIN SERVICES, LLC, of
 5   Madison, Wisconsin; MR. ERIK OLSEN of that
     firm appeared via videoconference on behalf
 6   of the Plaintiffs.

 7       STATE OF WISCONSIN, DEPARTMENT OF
     JUSTICE, of Madison, Wisconsin;
 8   MS. GESINA S. CARSON of that firm appeared
     via videoconference on behalf of the
 9   Defendants.

10       STATE OF WISCONSIN, DEPARTMENT OF
     JUSTICE, of Madison, Wisconsin;
11   MS. KATHERINE POLICH of that firm appeared
     via videoconference on behalf of Jason Ruff.
12
         JAY YERGES was also present via
13   videoconference.
14
15              - - - - - -
16
17
              INDEX TO EXHIBITS
18   EXHIBIT NUMBER                    PAGE MARKED

19
20          (None Marked.)
21
                - - - - - - -
22
23
24
25
                                                    2
```

```
 1       Said JASON RUFF, having been first
 2   duly sworn by me to testify the truth, the
 3   whole truth, and nothing but the truth
 4   relative to said cause, in answer to oral
 5   interrogatories, deposed and made answer as
 6   follows:
 7              - - - - - - -
 8       (The examination began at 1:26 p.m.
 9   on June 30, 2023.)
10              - - - - - - -
11              EXAMINATION
12   BY MR. CURTIS:
13   Q   Are you Jason Ruff?
14   A   Yes, sir.
15   Q   What is your current employment?
16   A   I am a digital forensic examiner with the
17       Department of Justice, Wisconsin Department
18       of Justice.
19   Q   How long have you held that job?
20   A   About three and a half years.
21   Q   How long have you been working for the
22       Department of Justice?
23   A   Three and a half years.
24   Q   Who did you work for previously?
25   A   Previously I worked for the Milwaukee Police
                                                    3
```

```
 1       Department.
 2   Q   How long?
 3   A   For three years.
 4   Q   What is your highest level of formal
 5       education?
 6   A   I have two master's degrees.
 7   Q   In what subjects?
 8   A   My first one is in criminal justice with a
 9       focus in criminology and obedience.  My
10       second one is cybersecurity with a focus in
11       digital forensics.
12   Q   You were apparently involved in the
13       execution of a search warrant back on March
14       22nd of the year 2022 at some properties
15       owned by our clients, the Wolffs; is that
16       true?
17   A   Yes, sir.
18   Q   What have you looked at to prepare yourself
19       to testify today?
20   A   Just my report.
21   Q   That's a written report that you filed in
22       that particular case?
23   A   Yes, sir.
24   Q   It chronicles your involvement in the
25       investigation?
                                                    4
```

Jason Ruff

**Page 5**

1  A    Yes, sir.
2  Q    Did you serve any papers on our client, any
3       search warrants, or things like that?
4  A    I did not, no.
5  Q    Were you present with anybody who did?
6  A    I believe so. I don't actually know if I
7       ever actually was even in the building with
8       your client. I think I just went to one of
9       the houses.
10 Q    Do you remember visiting with my client?
11 A    No. No, I don't.
12 Q    Do you remember talking to my client's wife,
13      Karri?
14 A    I do not.
15 Q    Do you remember being on one of the Wolff
16      properties on that day?
17 A    Yes, sir.
18 Q    Which property?
19 A    I believe it was their home.
20 Q    In the Town of Grand Chute?
21 A    Yes.
22 Q    Were there other officers accompanying you?
23 A    Yeah. There were a decent amount. But I
24      don't really remember absolutely everybody
25      who was there, but . . .

**Page 6**

1  Q    Did you have possession of a search warrant?
2  A    I did not have possession of the actual
3       search warrant, no.
4  Q    Had you seen it before you visited their
5       home in Grand Chute?
6  A    Yes. Oh, sorry. Yes.
7  Q    Had you been to a briefing meeting before
8       you went on the search?
9  A    Yes, sir.
10 Q    Do you remember that meeting?
11 A    It was pretty much like a normal meeting so
12      not -- I mean, I don't really remember all
13      of the specifics, to be honest.
14 Q    More than one speaker that you remember?
15 A    I can only remember one, but there could
16      have been more. It was a while ago.
17 Q    Do you remember the speaker? Was it Officer
18      Yerges, who I probably mispronounced? And
19      he's here every day, and I'm in big trouble.
20 A    No, that's all right. Honestly -- and this
21      is going to sound bad -- I don't fully
22      remember. Because I know it was the first
23      time meeting the person who was speaking,
24      but, yeah, so . . .
25 Q    Well, now you're in trouble. How long was

**Page 7**

1       the meeting?
2  A    It would have to be honestly a guess, but
3       maybe 30 minutes to an hour. I mean that's
4       a strong guess, but . . .
5  Q    Do you remember at the meeting anything
6       being handed out to the agents that were in
7       training?
8  A    Yeah. There were -- there was a sheet of
9       paper which is usually just the plan of the
10      search warrant, kind of who does what.
11 Q    You were already on a list, so it had been
12      predetermined what part you were to play?
13 A    Yes, sir, yeah.
14 Q    And what was your part?
15 A    So I was assisting the Appleton field
16      offices digital forensics examiners, because
17      I know they were going to several different
18      locations. So at the time, I was assisting,
19      I believe it was, Alicia and Craig Mantzke
20      (phonetic spelling), and then I was
21      assisting at the time my partner, who is now
22      retired, Doreen DuCharme, just helping
23      collect digital evidence.
24 Q    Okay. Do you remember anything specific
25      about the briefing?

**Page 8**

1  A    Not specifically. I just know there were a
2       lot of people there.
3  Q    There were probably more than 20 agents
4       there, weren't there?
5  A    Yeah. There was a larger number than usual.
6  Q    Was the goal of what was hopefully going to
7       be accomplished by the execution of these
8       multiple search warrants discussed at the
9       briefing?
10 A    Yes.
11 Q    And you were advised the purpose of the
12      investigation?
13 A    Yes.
14 Q    And what do you recall being the purpose of
15      the investigation?
16 A    What I recall is it was a public integrity
17      investigation. I'll be -- I am not
18      100 percent sure that I remember the exact
19      details of everything that was involved in
20      it just because I haven't honestly thought
21      about it in a really long time. But that's
22      as far as I know, as I remember.
23 Q    And integrity investigation with the subject
24      being some public official; is that fair?
25 A    Yes, sir. Yes.

Jason Ruff

| | | |
|---|---|---|
| 1 | Q | And that public official would be Ron Wolff? |
| 2 | A | Yes. |
| 3 | Q | And the purpose of the various searches is |
| 4 | | to find evidence of public misbehavior? |
| 5 | A | Correct. |
| 6 | Q | That was the aim? |
| 7 | A | That is what I remember, yes. |
| 8 | Q | Okay. And he was the target? |
| 9 | A | Correct. |
| 10 | Q | You weren't after anybody else? |
| 11 | A | Not -- I mean, I honestly don't remember. |
| 12 | | There were a number of names, I know, on the |
| 13 | | sheet. I don't know who -- my specific |
| 14 | | target was the Wolff household. That's what |
| 15 | | I remember. |
| 16 | Q | Okay. Well, tell us in whose company you |
| 17 | | were when you did whatever we're going to |
| 18 | | find out you did at the house. |
| 19 | A | I was with the team that went to the house. |
| 20 | | The only person I remember, because I was |
| 21 | | working closely with her, was Doreen |
| 22 | | DuCharme. I couldn't tell you all of the |
| 23 | | people that were at the house off the top of |
| 24 | | my head just because I was primarily focused |
| 25 | | on assisting her. |

9

| | | |
|---|---|---|
| 1 | Q | Do you remember who you drove there with? |
| 2 | A | Yeah, Doreen DuCharme. |
| 3 | Q | Do you remember whose car? |
| 4 | A | It was our forensic van. |
| 5 | Q | Okay. And when you got there, were there |
| 6 | | any other officers there previously? |
| 7 | A | Yes. I'm sorry. Yes. |
| 8 | Q | Do you recall who they were? |
| 9 | A | Not off the top of my head. |
| 10 | Q | Approximately how many? |
| 11 | A | I would say -- I mean it's a guesstimate. |
| 12 | | Maybe ten at most I want to say. It could |
| 13 | | have been more or less. |
| 14 | Q | And you were visiting a residence on was it |
| 15 | | Richmond Street? |
| 16 | A | I know it was in Grand Chute. I couldn't |
| 17 | | tell you the actual street address. |
| 18 | Q | Do you recall the description of the |
| 19 | | property, how many buildings were on it? |
| 20 | A | I mean, again, I would have to -- I think it |
| 21 | | was just a house and a garage. But I could |
| 22 | | be wrong. I don't even remember if it was |
| 23 | | connected or not. |
| 24 | Q | Have you looked at anything to refresh your |
| 25 | | recollection in preparation for today's |

10

| | | |
|---|---|---|
| 1 | | deposition? |
| 2 | A | Yeah. Just my report on what I did. |
| 3 | Q | Okay. You haven't looked at any pictures? |
| 4 | A | No. |
| 5 | Q | When you got there, were there some other |
| 6 | | officers there previously? I think I asked |
| 7 | | you that. |
| 8 | A | Yes, yeah. |
| 9 | Q | And do you know who they were? |
| 10 | A | No, I do not remember. |
| 11 | Q | Was there a discussion before anybody |
| 12 | | entered the home? |
| 13 | A | I mean I wasn't there when they actually |
| 14 | | entered the home. |
| 15 | Q | They were already in the home when you got |
| 16 | | there? |
| 17 | A | Yeah. I believe we kind of per usually |
| 18 | | follow them over. They do their entry and |
| 19 | | everything like that, but . . . |
| 20 | Q | Do you know what evidence you were searching |
| 21 | | for at the Wolff household? |
| 22 | A | Yeah. So primarily we were dealing with |
| 23 | | obviously the digital evidence so computers |
| 24 | | and the like. My portion of it, because one |
| 25 | | of the computers was on, I collected what's |

11

| | | |
|---|---|---|
| 1 | | called volatile data or RAM. Volatile data |
| 2 | | is -- specifically is just data that gets |
| 3 | | automatically deleted if the computer loses |
| 4 | | power. I also conducted what's called a |
| 5 | | router interrogation. And that's simply to |
| 6 | | locate and find if there is any other |
| 7 | | devices that may be connected to the |
| 8 | | internet. |
| 9 | Q | So your field of expertise is these |
| 10 | | electronic devices? |
| 11 | A | Yes, sir. |
| 12 | Q | And that's what you were looking for? |
| 13 | A | Yes, sir. |
| 14 | Q | Did you find any? |
| 15 | A | Yes, we did. |
| 16 | Q | What did you find? |
| 17 | A | So for me, I focused on the router and a |
| 18 | | single computer. But I believe there were |
| 19 | | other computers and things like that that |
| 20 | | were found as well. |
| 21 | Q | And they were connected to Ron Wolff? |
| 22 | A | I didn't actually look at the specific data |
| 23 | | tied to it. I just looked -- I just |
| 24 | | gathered the actual RAM off of it and gave |
| 25 | | it to the Appleton office. |

12

Jason Ruff

| | | |
|---|---|---|
| 1 | Q | But you can testify there were computer-type |
| 2 | | devices there when you did your search? |
| 3 | A | Yes, sir. |
| 4 | Q | And you found them? |
| 5 | A | Yes. Well, I believe an agent found them. |
| 6 | | They were just kind of sitting on a desk out |
| 7 | | in the open. So an agent found them, told |
| 8 | | me it was on. So I went to collect it so |
| 9 | | that it could be inventoried. |
| 10 | Q | And you had no reason to believe they |
| 11 | | belonged to anybody but Ron Wolff? |
| 12 | A | Correct. |
| 13 | Q | And you took possession of them? |
| 14 | A | The agents did. I just took possession of |
| 15 | | the actual volatile data. |
| 16 | Q | Okay. Well, what was the evidence that you |
| 17 | | collected that intended to prove? |
| 18 | A | So volatile data, I mean, it's -- so |
| 19 | | computers have two sets of main memory. |
| 20 | | There's the long-term storage, which will |
| 21 | | stay there when a computer is actually |
| 22 | | turned off. And there's the RAM, which is |
| 23 | | things that can range from programs, |
| 24 | | encryption keys, any number of things like |
| 25 | | that that will essentially get immediately |

13

| | | |
|---|---|---|
| 1 | | wiped once the computer is off of actual |
| 2 | | power. That's what I captured and gave it |
| 3 | | to the examiners in Appleton so that they |
| 4 | | could look at it in case it was useful. I |
| 5 | | don't know if it was useful. |
| 6 | | The other was I just was looking at |
| 7 | | the router just to see what sorts of |
| 8 | | devices, if any, were still connected to the |
| 9 | | internet that weren't readily available to |
| 10 | | be seen. They didn't have that, so . . . |
| 11 | Q | So that's everything you found? |
| 12 | A | Yes, sir. |
| 13 | Q | And you turned it over to the other people |
| 14 | | you just mentioned and lost possession of it |
| 15 | | yourself? |
| 16 | A | Correct. |
| 17 | Q | You filed a report? |
| 18 | A | Yes, sir. |
| 19 | Q | Have you reviewed the report to get ready |
| 20 | | for your testimony today? |
| 21 | A | Yes, sir. |
| 22 | Q | Did you follow up with any further |
| 23 | | investigation on this matter? |
| 24 | A | I did not, no. |
| 25 | Q | Have you been kept in the loop as to other |

14

| | | |
|---|---|---|
| 1 | | investigation going on in this case? |
| 2 | A | No, sir. |
| 3 | Q | When is the last time you've discussed this |
| 4 | | case with any other law enforcement agent? |
| 5 | A | Probably the day of the actual search |
| 6 | | warrant. |
| 7 | Q | You haven't talked to anybody since? |
| 8 | A | Well, I mean, I've talked to people since, |
| 9 | | but I haven't talked about this case. |
| 10 | Q | All right. And you haven't seen whatever |
| 11 | | evidence has been accumulated? |
| 12 | A | No, sir. |
| 13 | Q | All right. Have you read about this case |
| 14 | | and the political ramifications of it? |
| 15 | A | I have not, no. |
| 16 | Q | Do you have any personal knowledge about the |
| 17 | | case other than the electronics that you |
| 18 | | took possession of with the search warrant? |
| 19 | A | No, sir. |
| 20 | Q | What crime or crimes was the evidence you |
| 21 | | collected intended to relate to? |
| 22 | | MS. POLICH: Objection. Foundation. |
| 23 | | Privilege. I'm going to instruct the |
| 24 | | witness not to answer that question on the |
| 25 | | basis that it invades the investigatory |

15

| | | |
|---|---|---|
| 1 | | privilege. |
| 2 | | MR. CURTIS: Are you instructing him |
| 3 | | not to answer? |
| 4 | | MS. POLICH: To the extent -- okay. |
| 5 | | Let's start with this. I don't think that |
| 6 | | this witness has foundation to answer that |
| 7 | | question. He's a forensic analyst. If you |
| 8 | | want to try to establish that he has the |
| 9 | | foundation to answer that question, we can |
| 10 | | move on to how he has that knowledge and |
| 11 | | whether or not that knowledge is privileged. |
| 12 | | MR. CURTIS: Are you saying he should |
| 13 | | not answer the question I asked? |
| 14 | | MS. POLICH: I'm asking you to |
| 15 | | rephrase the question to establish whether |
| 16 | | he has foundation. |
| 17 | BY MR. CURTIS: | |
| 18 | Q | On March 22nd of 2022, what crime or crimes |
| 19 | | were you searching for evidence about? |
| 20 | A | I just recall it was public integrity. I |
| 21 | | don't specifically remember a specific crime |
| 22 | | off the top of my head. |
| 23 | Q | Things relating to the target being a public |
| 24 | | officer? |
| 25 | A | That was -- that's my assumption based off |

16

**Page 17**

1    what I know of public integrity, yes.
2 Q  You can't think of any other purpose of your
3    participation that day?
4         MS. POLICH: Objection. Foundation.
5    Calls for speculation. Asked and answered.
6         THE WITNESS: So -- sorry. The
7    screen moved. Yeah, no, I mean, I just
8    remember it was a public integrity
9    investigation. I honestly don't remember
10   more than that. I haven't really thought
11   about this since the day of.
12 BY MR. CURTIS:
13 Q  You understood that you were executing a
14   search warrant at the residence of a public
15   official?
16 A  Yes, yes.
17 Q  What do you understand would be evidence of
18   a public integrity violation?
19        MS. POLICH: Objection. Foundation.
20   Go ahead and answer the question, if you
21   can.
22        THE WITNESS: Public integrity, I
23   mean, it could be anything. It's pretty
24   broad what it could potentially be. I'm
25   sure at the time there were more details

**Page 18**

1    that I could probably recall, but as of
2    right now, I don't really remember what
3    specific types of -- public integrity types
4    of things.
5 BY MR. CURTIS:
6 Q  At that time it was a broad blanket, anything
7    that might refer to public misbehavior?
8         MS. POLICH: Objection. Misstates
9    prior testimony. Go ahead and answer the
10   question, if you can.
11        MS. CARSON: Join.
12        THE WITNESS: Yeah, no. I honestly
13   don't remember the specifics because it's
14   been well over a year.
15 BY MR. CURTIS:
16 Q  What you were looking for is pretty broad
17   and general?
18        MS. POLICH: Same objection.
19        THE WITNESS: Pretty broad and
20   general, I mean it was specifically digital
21   evidence as it related to the crime at the
22   time, specific to what the warrant said,
23   which, again, I haven't reviewed the warrant
24   in well over a year. So I wouldn't be able
25   to tell you the specifics.

**Page 19**

1         MR. CURTIS: Anything else?
2         MR. OLSEN: Yeah.
3 BY MR. CURTIS:
4 Q  So it is fair to say that you relied on the
5    warrant itself to know what the search was
6    going to cover at the Wolff premises?
7 A  Well, I always have to rely on the warrant
8    because the warrant is what tells me what I
9    can and can't search for or collect.
10        MR. CURTIS: Thank you. You're
11   finished here. You can go home and do the
12   dishes or the lawn or whatever your wife has
13   in mind.
14        THE WITNESS: All right. Thank you.
15        MS. POLICH: Wow. Thanks, Jason. We
16   appreciate your time today.
17        THE WITNESS: Thanks.
18        (Matter concluded at 1:45 p.m.)

**Page 20**

1  STATE OF WISCONSIN  )
                       ) ss.
2  COUNTY OF WASHINGTON )
3
4       I, Jessica Koepsell, Certified Realtime
5  Reporter and Notary Public in and for the
6  State of Wisconsin, do hereby certify that
7  the attached and foregoing deposition was
8  taken via videoconference, on the 30th day
9  of June, 2023, A.D., at 1:26 p.m.; that it
10 was taken at the request of the adverse
11 parties, upon oral interrogatories; that
12 said JASON RUFF was sworn by me to tell the
13 truth, the whole truth, and nothing but the
14 truth relative to said cause.
15      Dated this 11th day of July, 2023.
16
17           HENES & ASSOCIATES
             COURT REPORTING SERVICE
18
19
20           _____
             Jessica Koepsell
21           Registered Professional Reporter
             Certified Realtime Reporter
22
     My commission expires January 24, 2024.
23
24
25

Jason Ruff

## 1

**100** [1] - 8:18
**11th** [1] - 20:15
**1:26** [2] - 3:8, 20:9
**1:45** [1] - 19:18

## 2

**20** [1] - 8:3
**2022** [2] - 4:14, 16:18
**2023** [4] - 1:16, 3:9, 20:9, 20:15
**2024** [1] - 20:22
**22-cv-177-wmc** [1] - 1:5
**22nd** [2] - 4:14, 16:18
**24** [1] - 20:22

## 3

**30** [2] - 3:9, 7:3
**30th** [2] - 1:15, 20:8

## A

**A.D** [2] - 1:16, 20:9
**able** [1] - 18:24
**absolutely** [1] - 5:24
**ACCIDENT** [1] - 2:2
**accompanying** [1] - 5:22
**accomplished** [1] - 8:7
**accumulated** [1] - 15:11
**action** [1] - 1:17
**actual** [6] - 6:2, 10:17, 12:24, 13:15, 14:1, 15:5
**address** [1] - 10:17
**ADMINISTRATOR** [1] - 1:6
**adverse** [1] - 20:10
**advised** [1] - 8:11
**AGENT** [1] - 1:7
**agent** [3] - 13:5, 13:7, 15:4
**agents** [3] - 7:6, 8:3, 13:14
**ago** [1] - 6:16
**ahead** [2] - 17:20, 18:9
**aim** [1] - 9:6
**Alicia** [1] - 7:19
**amount** [1] - 5:23
**analyst** [1] - 16:7
**answer** [9] - 3:4, 3:5, 15:24, 16:3, 16:6, 16:9, 16:13, 17:20, 18:9
**answered** [1] - 17:5
**APEX** [1] - 2:2
**APPEARANCES** [1] - 2:1
**appeared** [4] - 2:3, 2:5, 2:8, 2:11
**Appleton** [3] - 7:15, 12:25, 14:3
**appreciate** [1] - 19:16
**assisting** [4] - 7:15, 7:18, 7:21, 9:25
**ASSOCIATES** [1] - 20:17
**assumption** [1] - 16:25
**attached** [1] - 20:7
**ATTORNEYS** [1] - 2:2
**automatically** [1] - 12:3
**available** [1] - 14:9

## B

**bad** [1] - 6:21
**based** [1] - 16:25
**basis** [1] - 15:25
**began** [1] - 3:8
**behalf** [4] - 2:3, 2:5, 2:8, 2:11
**belonged** [1] - 13:11
**big** [1] - 6:19
**blanket** [1] - 18:6
**briefing** [3] - 6:7, 7:25, 8:9
**broad** [4] - 17:24, 18:6, 18:16, 18:19
**building** [1] - 5:7
**buildings** [1] - 10:19
**BY** [6] - 3:12, 16:17, 17:12, 18:5, 18:15, 19:3

## C

**capacity** [2] - 1:7, 1:8
**captured** [1] - 14:2
**car** [1] - 10:3
**CARSON** [2] - 2:8, 18:11
**case** [7] - 4:22, 14:4, 15:1, 15:4, 15:9, 15:13, 15:17
**Case** [1] - 1:5
**certain** [1] - 1:17
**Certified** [2] - 20:4, 20:21
**certify** [1] - 20:6
**chronicles** [1] - 4:24
**Chute** [3] - 5:20, 6:5, 10:16
**client** [3] - 5:2, 5:8, 5:10
**client's** [1] - 5:12
**clients** [1] - 4:15
**closely** [1] - 9:21
**collect** [3] - 7:23, 13:8, 19:9
**collected** [3] - 11:25, 13:17, 15:21
**commission** [1] - 20:22
**company** [1] - 9:16
**computer** [5] - 12:3, 12:18, 13:1, 13:21, 14:1
**computer-type** [1] - 13:1
**computers** [4] - 11:23, 11:25, 12:19, 13:19
**concluded** [1] - 19:18
**conducted** [1] - 12:4
**connected** [4] - 10:23, 12:7, 12:21, 14:8
**correct** [4] - 9:5, 9:9, 13:12, 14:16
**COUNTY** [1] - 20:2
**COURT** [2] - 1:1, 20:17
**Court** [1] - 1:18
**cover** [1] - 19:6
**Craig** [1] - 7:19
**crime** [4] - 15:20, 16:18, 16:21, 18:21
**crimes** [2] - 15:20, 16:18
**criminal** [1] - 4:8
**criminology** [1] - 4:9
**CRR** [1] - 1:25
**current** [1] - 3:15
**CURTIS** [11] - 2:2, 3:12, 16:2, 16:12, 16:17, 17:12, 18:5, 18:15, 19:1, 19:3, 19:10
**cybersecurity** [1] - 4:10

## D

**data** [6] - 12:1, 12:2, 12:22, 13:15, 13:18
**Dated** [1] - 20:15
**dealing** [1] - 11:22
**decent** [1] - 5:23
**Defendants** [2] - 1:9, 2:9
**degrees** [1] - 4:6
**deleted** [1] - 12:3
**DEPARTMENT** [2] - 2:7, 2:10
**Department** [4] - 3:17, 3:22, 4:1
**deposed** [1] - 3:5
**DEPOSITION** [1] - 1:11
**deposition** [3] - 1:14, 11:1, 20:7
**description** [1] - 10:18
**desk** [1] - 13:6
**details** [2] - 8:19, 17:25
**devices** [4] - 12:7, 12:10, 13:2, 14:8
**different** [1] - 7:17
**digital** [6] - 3:16, 4:11, 7:16, 7:23, 11:23, 18:20
**discussed** [2] - 8:8, 15:3
**discussion** [1] - 11:11
**dishes** [1] - 19:12
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 1:18
**DOMAIN** [1] - 2:4
**Doreen** [3] - 7:22, 9:21, 10:2
**drove** [1] - 10:1
**DuCharme** [3] - 7:22, 9:22, 10:2
**duly** [1] - 3:2

## E

**education** [1] - 4:5
**electronic** [1] - 12:10
**electronics** [1] - 15:17
**EMINENT** [1] - 2:4
**employment** [1] - 3:15
**encryption** [1] - 13:24
**enforcement** [1] - 15:4
**entered** [2] - 11:12, 11:14
**entry** [1] - 11:18
**ERIK** [1] - 2:5
**essentially** [1] - 13:25
**establish** [2] - 16:8, 16:15
**evidence** [10] - 7:23, 9:4, 11:20, 11:23, 13:16, 15:11, 15:20, 16:19, 17:17, 18:21
**exact** [1] - 8:18
**examination** [1] - 3:8
**EXAMINATION** [1] - 3:11
**examiner** [1] - 3:16
**examiners** [2] - 7:16, 14:3
**executing** [1] - 17:13
**execution** [2] - 4:13, 8:7
**EXHIBIT** [1] - 2:18
**EXHIBITS** [1] - 2:17
**expertise** [1] - 12:9
**expires** [1] - 20:22
**extent** [1] - 16:4

## F

**fair** [2] - 8:24, 19:4
**far** [1] - 8:22
**field** [2] - 7:15, 12:9
**filed** [2] - 4:21, 14:17
**finished** [1] - 19:11
**firm** [4] - 2:3, 2:5, 2:8, 2:11
**first** [3] - 3:1, 4:8, 6:22
**focus** [2] - 4:9, 4:10
**focused** [2] - 9:24, 12:17
**follow** [2] - 11:18, 14:22
**follows** [1] - 3:6
**FOR** [1] - 1:1
**foregoing** [1] - 20:7
**forensic** [3] - 3:16, 10:4, 16:7
**forensics** [2] - 4:11, 7:16
**formal** [1] - 4:4
**forth** [1] - 1:20
**foundation** [6] - 15:22, 16:6, 16:9, 16:16, 17:4, 17:19
**fully** [1] - 6:21

## G

**garage** [1] - 10:21
**gathered** [1] - 12:24
**general** [2] - 18:17, 18:20
**GEORGE** [1] - 2:2
**GESINA** [1] - 2:8
**goal** [1] - 8:6
**Grand** [3] - 5:20, 6:5, 10:16
**guess** [2] - 7:2, 7:4
**guesstimate** [1] - 10:11

*1*

Jason Ruff

### H

**half** [2] - 3:20, 3:23
**handed** [1] - 7:6
**head** [3] - 9:24, 10:9, 16:22
**held** [1] - 3:19
**helping** [1] - 7:22
**HENES** [1] - 20:17
**hereby** [1] - 20:6
**highest** [1] - 4:4
**home** [6] - 5:19, 6:5, 11:12, 11:14, 11:15, 19:11
**honest** [1] - 6:13
**honestly** [6] - 6:20, 7:2, 8:20, 9:11, 17:9, 18:12
**hopefully** [1] - 8:6
**hour** [1] - 7:3
**house** [4] - 9:18, 9:19, 9:23, 10:21
**household** [2] - 9:14, 11:21
**houses** [1] - 5:9

### I

**immediately** [1] - 13:25
**IN** [1] - 1:1
**INDEX** [1] - 2:17
**instruct** [1] - 15:23
**instructing** [1] - 16:2
**integrity** [8] - 8:16, 8:23, 16:20, 17:1, 17:8, 17:18, 17:22, 18:3
**intended** [2] - 13:17, 15:21
**internet** [2] - 12:8, 14:9
**interrogation** [1] - 12:5
**interrogatories** [2] - 3:5, 20:11
**invades** [1] - 15:25
**inventoried** [1] - 13:9
**investigation** [8] - 4:25, 8:12, 8:15, 8:17, 8:23, 14:23, 15:1, 17:9
**investigatory** [1] - 15:25
**involved** [2] - 4:12, 8:19
**involvement** [1] - 4:24
**itself** [1] - 19:5

### J

**January** [1] - 20:22
**Jason** [3] - 2:11, 3:13, 19:15
**JASON** [4] - 1:11, 1:14, 3:1, 20:12
**JAY** [2] - 1:7, 2:12
**Jessica** [3] - 1:25, 20:4, 20:20
**job** [1] - 3:19
**join** [1] - 18:11
**JR** [1] - 1:3
**July** [1] - 20:15
**June** [3] - 1:15, 3:9, 20:9
**justice** [1] - 4:8
**JUSTICE** [2] - 2:7, 2:10
**Justice** [3] - 3:17, 3:18, 3:22

### K

**KARRI** [1] - 1:3
**Karri** [1] - 5:13
**KATHERINE** [1] - 2:11
**kept** [1] - 14:25
**keys** [1] - 13:24
**kind** [3] - 7:10, 11:17, 13:6
**knowledge** [3] - 15:16, 16:10, 16:11
**Koepsell** [3] - 1:25, 20:4, 20:20

### L

**larger** [1] - 8:5
**last** [1] - 15:3
**law** [1] - 15:4
**lawn** [1] - 19:12
**less** [1] - 10:13
**level** [1] - 4:4
**list** [1] - 7:11
**LLC** [2] - 2:2, 2:4
**locate** [1] - 12:6
**locations** [1] - 7:18
**long-term** [1] - 13:20
**look** [2] - 12:22, 14:4
**looked** [4] - 4:18, 10:24, 11:3, 12:23
**looking** [3] - 12:12, 14:6, 18:16
**loop** [1] - 14:25
**loses** [1] - 12:3
**lost** [1] - 14:14

### M

**Madison** [3] - 2:5, 2:7, 2:10
**main** [1] - 13:19
**Mantzke** [1] - 7:19
**March** [2] - 4:13, 16:18
**MARKED** [1] - 2:18
**Marked** [1] - 2:20
**master's** [1] - 4:6
**matter** [1] - 14:23
**Matter** [1] - 19:18
**mean** [11] - 6:12, 7:3, 9:11, 10:11, 10:20, 11:13, 13:18, 15:8, 17:7, 17:23, 18:20
**meeting** [6] - 6:7, 6:10, 6:11, 6:23, 7:1, 7:5
**memory** [1] - 13:19
**mentioned** [1] - 14:14
**might** [1] - 18:7
**Milwaukee** [1] - 3:25
**mind** [1] - 19:13
**minutes** [1] - 7:3
**misbehavior** [2] - 9:4, 18:7
**mispronounced** [1] - 6:18
**misstates** [1] - 18:8
**most** [1] - 10:12
**move** [1] - 16:10
**moved** [1] - 17:7
**MR** [13] - 2:2, 2:5, 3:12, 16:2, 16:12, 16:17, 17:12, 18:5, 18:15, 19:1, 19:2, 19:3, 19:10
**MS** [11] - 2:8, 2:11, 15:22, 16:4, 16:14, 17:4, 17:19, 18:8, 18:11, 18:18, 19:15
**multiple** [1] - 8:8

### N

**names** [1] - 9:12
**None** [1] - 2:20
**normal** [1] - 6:11
**Notary** [1] - 20:5
**nothing** [2] - 3:3, 20:13
**number** [3] - 8:5, 9:12, 13:24
**NUMBER** [1] - 2:18

### O

**obedience** [1] - 4:9
**objection** [5] - 15:22, 17:4, 17:19, 18:8, 18:18
**obviously** [1] - 11:23
**OF** [8] - 1:1, 1:11, 2:7, 2:10, 20:1, 20:2
**office** [1] - 12:25
**Officer** [1] - 6:17
**officer** [1] - 16:24
**officers** [3] - 5:22, 10:6, 11:6
**offices** [1] - 7:16
**official** [5] - 1:7, 1:8, 8:24, 9:1, 17:15
**OLSEN** [2] - 2:5, 19:2
**once** [1] - 14:1
**one** [7] - 4:8, 4:10, 5:8, 5:15, 6:14, 6:15, 11:24
**open** [1] - 13:7
**oral** [2] - 3:4, 20:11
**Oshkosh** [1] - 2:2
**otherwise** [1] - 1:16
**owned** [1] - 4:15

### P

**p.m** [3] - 3:8, 19:18, 20:9
**PAGE** [1] - 2:18
**paper** [1] - 7:9
**papers** [1] - 5:2
**part** [2] - 7:12, 7:14
**participation** [1] - 17:3
**particular** [1] - 4:22
**parties** [2] - 1:19, 20:11
**partner** [1] - 7:21
**pending** [1] - 1:17
**people** [4] - 8:2, 9:23, 14:13, 15:8
**per** [1] - 11:17
**percent** [1] - 8:18
**person** [2] - 6:23, 9:20
**personal** [2] - 1:8, 15:16
**phonetic** [1] - 7:20
**pictures** [1] - 11:3
**Plaintiffs** [3] - 1:4, 2:3, 2:6
**plan** [1] - 7:9
**play** [1] - 7:12
**Police** [1] - 3:25
**POLICH** [9] - 2:11, 15:22, 16:4, 16:14, 17:4, 17:19, 18:8, 18:18, 19:15

### political [1] - 15:14

**portion** [1] - 11:24
**possession** [6] - 6:1, 6:2, 13:13, 13:14, 14:14, 15:18
**potentially** [1] - 17:24
**power** [2] - 12:4, 14:2
**predetermined** [1] - 7:12
**premises** [1] - 19:6
**preparation** [1] - 10:25
**prepare** [1] - 4:18
**present** [2] - 2:12, 5:5
**pretty** [4] - 6:11, 17:23, 18:16, 18:19
**previously** [4] - 3:24, 3:25, 10:6, 11:6
**primarily** [2] - 9:24, 11:22
**privilege** [2] - 15:23, 16:1
**privileged** [1] - 16:11
**Professional** [1] - 20:20
**programs** [1] - 13:23
**properties** [2] - 4:14, 5:16
**property** [2] - 5:18, 10:19
**prove** [1] - 13:17
**public** [13] - 8:16, 8:24, 9:1, 9:4, 16:20, 16:23, 17:1, 17:8, 17:14, 17:18, 17:22, 18:3, 18:7
**Public** [1] - 20:5
**purpose** [4] - 8:11, 8:14, 9:3, 17:2

### R

**RAM** [3] - 12:1, 12:24, 13:22
**ramifications** [1] - 15:14
**range** [1] - 13:23
**read** [1] - 15:13
**readily** [1] - 14:9
**ready** [1] - 14:19
**really** [5] - 5:24, 6:12, 8:21, 17:10, 18:2
**Realtime** [2] - 20:4,

2

HENES & ASSOCIATES REPORTING SERVICE, INC.
www.henesreporting.com     920-733-1835     henes@henesreporting.com     Page 2 to 2 of 3

Jason Ruff

20:21
**reason** [1] - 13:10
**recollection** [1] - 10:25
**refer** [1] - 18:7
**refresh** [1] - 10:24
**Registered** [1] - 20:20
**relate** [1] - 15:21
**related** [1] - 18:21
**relating** [1] - 16:23
**relative** [2] - 3:4, 20:14
**relied** [1] - 19:4
**rely** [1] - 19:7
**remember** [27] - 5:10, 5:12, 5:15, 5:24, 6:10, 6:12, 6:14, 6:15, 6:17, 6:22, 7:5, 7:24, 8:18, 8:22, 9:7, 9:11, 9:15, 9:20, 10:1, 10:3, 10:22, 11:10, 16:21, 17:8, 17:9, 18:2, 18:13
**RENEE** [1] - 1:6
**rephrase** [1] - 16:15
**report** [5] - 4:20, 4:21, 11:2, 14:17, 14:19
**Reporter** [3] - 20:5, 20:20, 20:21
**REPORTING** [1] - 20:17
**request** [1] - 20:10
**residence** [2] - 10:14, 17:14
**retired** [1] - 7:22
**reviewed** [2] - 14:19, 18:23
**Richmond** [1] - 10:15
**Ron** [3] - 9:1, 12:21, 13:11
**RONALD** [1] - 1:3
**router** [3] - 12:5, 12:17, 14:7
**RPR** [1] - 1:25
**Ruff** [2] - 2:11, 3:13
**RUFF** [4] - 1:11, 1:14, 3:1, 20:12

**S**

**screen** [1] - 17:7
**search** [13] - 4:13, 5:3, 6:1, 6:3, 6:8, 7:10, 8:8, 13:2, 15:5, 15:18, 17:14, 19:5, 19:9
**searches** [1] - 9:3
**searching** [2] -

11:20, 16:19
**second** [1] - 4:10
**see** [1] - 14:7
**serve** [1] - 5:2
**SERVICE** [1] - 20:17
**SERVICES** [1] - 2:4
**set** [1] - 1:19
**sets** [1] - 13:19
**several** [1] - 7:17
**sheet** [2] - 7:8, 9:13
**simply** [1] - 12:5
**single** [1] - 12:18
**sitting** [1] - 13:6
**sorry** [3] - 6:6, 10:7, 17:6
**sorts** [1] - 14:7
**sound** [1] - 6:21
**speaker** [2] - 6:14, 6:17
**speaking** [1] - 6:23
**SPECIAL** [1] - 1:7
**specific** [6] - 7:24, 9:13, 12:22, 16:21, 18:3, 18:22
**specifically** [4] - 8:1, 12:2, 16:21, 18:20
**specifics** [3] - 6:13, 18:13, 18:25
**speculation** [1] - 17:5
**spelling** [1] - 7:20
**ss** [1] - 20:1
**start** [1] - 16:5
**State** [1] - 20:6
**STATE** [3] - 2:7, 2:10, 20:1
**STATES** [1] - 1:1
**States** [1] - 1:18
**stay** [1] - 13:21
**still** [1] - 14:8
**storage** [1] - 13:20
**Street** [1] - 10:15
**street** [1] - 10:17
**strong** [1] - 7:4
**subject** [1] - 8:23
**subjects** [1] - 4:7
**sworn** [2] - 3:2, 20:12

**T**

**target** [3] - 9:8, 9:14, 16:23
**team** [1] - 9:19
**ten** [1] - 10:12
**term** [1] - 13:20
**testify** [3] - 3:2, 4:19, 13:1
**testimony** [2] - 14:20, 18:9
**THE** [8] - 1:1, 1:1, 17:6, 17:22,

18:12, 18:19, 19:14, 19:17
**thereto** [1] - 1:19
**three** [3] - 3:20, 3:23, 4:3
**tied** [1] - 12:23
**TINA** [1] - 1:6
**TO** [1] - 2:17
**today** [3] - 4:19, 14:20, 19:16
**today's** [1] - 10:25
**took** [3] - 13:13, 13:14, 15:18
**top** [3] - 9:23, 10:9, 16:22
**Town** [1] - 5:20
**training** [1] - 7:7
**trial** [1] - 1:17
**trouble** [2] - 6:19, 6:25
**true** [1] - 4:16
**truth** [6] - 3:2, 3:3, 20:13, 20:14
**try** [1] - 16:8
**turned** [2] - 13:22, 14:13
**two** [2] - 4:6, 13:19
**type** [1] - 13:1
**types** [2] - 18:3

**U**

**understood** [1] - 17:13
**UNITED** [1] - 1:1
**United** [1] - 1:17
**up** [1] - 14:22
**useful** [2] - 14:4, 14:5
**usual** [1] - 8:5

**V**

**van** [1] - 10:4
**various** [1] - 9:3
**via** [7] - 1:15, 2:3, 2:5, 2:8, 2:11, 2:12, 20:8
**videoconference** [7] - 1:15, 2:3, 2:5, 2:8, 2:11, 2:13, 20:8
**violation** [1] - 17:18
**VIRGIL** [1] - 1:6
**visited** [1] - 6:4
**visiting** [2] - 5:10, 10:14
**volatile** [4] - 12:1, 13:15, 13:18
**vs** [1] - 1:5

**W**

**warrant** [12] - 4:13,

6:1, 6:3, 7:10, 15:6, 15:18, 17:14, 18:22, 18:23, 19:5, 19:7, 19:8
**warrants** [2] - 5:3, 8:8
**WASHINGTON** [1] - 20:2
**WESTERN** [1] - 1:1
**Western** [1] - 1:18
**wherein** [1] - 1:19
**whole** [2] - 3:3, 20:13
**wife** [2] - 5:12, 19:12
**wiped** [1] - 14:1
**WISCONSIN** [4] - 1:1, 2:7, 2:10, 20:1
**Wisconsin** [7] - 1:19, 2:2, 2:5, 2:7, 2:10, 3:17, 20:6
**WITNESS** [6] - 17:6, 17:22, 18:12, 18:19, 19:14, 19:17
**witness** [3] - 1:16, 15:24, 16:6
**Wolff** [7] - 5:15, 9:1, 9:14, 11:21, 12:21, 13:11, 19:6
**WOLFF** [2] - 1:3, 1:3
**Wolffs** [1] - 4:15
**wow** [1] - 19:15
**written** [1] - 4:21

**Y**

**year** [3] - 4:14, 18:14, 18:24
**years** [3] - 3:20, 3:23, 4:3
**Yerges** [1] - 6:18
**YERGES** [2] - 1:7, 2:12
**yourself** [2] - 4:18, 14:15

*3*

HENES & ASSOCIATES REPORTING SERVICE, INC.
www.henesreporting.com     920-733-1835     henes@henesreporting.com    Page 3 to 3 of 3